UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 22, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LASHON EUGENE WASHINGTON,

Defendant.

Case No. 2:26-mj-00155-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LASHON EUGENE WASHINGTON, Case No. 2:26-mj-00155-SCR, Charge 18 U.S.C. § 371, from custody for the following reasons:

x Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

___ Unsecured Appearance Bond $ ___

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

x (Other): Release delayed until 10/23/2026 at 9:00 AM with terms as stated on the record. Following release, Defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on October 22, 2026, at 2:15 PM

By: ___

Magistrate Judge Sean C. Riordan